ORIGINAL

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 2, 2006

To: United States Court of Appeals   Attn: (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk   ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103   ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:   CV 03-00175-SOM   Appeal No:   04-16180

Short Title:   Sherman vs. Maui, County of

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes (✓) original  ( ) certified copy  5/3/2004 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment: _____   Date: _____

cc:all counsel