FILED
JUL 11 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

## DEFENDANT-APPELLEE COUNTY OF MAUI'S BILL OF COSTS

FRED SHERMAN V. COUNTY OF MAUI, ET AL.          CA NO. 04-16180

The Clerk is requested to tax the following costs against: Plaintiff-Appellant Fred Sherman.

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record* | 7 | 103 | $0.10 | $72.10 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 15 | 40 | $0.10 | $60.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | TOTAL | $132.10 | | | TOTAL | $ |

* Defendant-Appellee's Supplemental Excerpts of Record

**DECLARATION**

I, <u>JANE E. LOVELL</u>, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _[signature]_

Date: <u>July 5, 2006</u>

Name of Counsel (printed or typed): <u>Jane E. Lovell</u>

Attorney for: <u>Defendants-Appellees County of Maui, et al.</u>

---

Date: 7-21-06    Costs are taxed in the amount of $ 132.10

Clerk of Court

By: _[signature]_  Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served on July 5, 2006, upon the following counsel in the manner indicated, addressed as follows:

|  | METHOD OF SERVICE: | |
|---|---|---|
|  | U.S. MAIL | HAND DELIVERY |
| JAMES H. FOSBINDER, ESQ.<br>RHONDA M. FOSBINDER, ESQ.<br>Ivey, Fosbinder Fosbinder LLC<br>2233 Vineyard Street, Suite C<br>Wailuku, Hawaii 96793 | X | |

(Attorneys for Plaintiff-Appellant)

DATED: Wailuku, Maui, Hawaii, July 5, 2006.

BRIAN T. MOTO
Corporation Counsel
Attorney for Defendant-Appellee
  COUNTY OF MAUI

By /s/ Jane E. Lovell
JANE E. LOVELL
Deputy Corporation Counsel