# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 2, 2006

To: United States Court of Appeals    Attn: (✓) Civil
      For the Ninth Circuit
      Office of the Clerk                        ( ) Criminal
      95 Seventh Street
      San Francisco, California 94103     ( ) Judge

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 27 2006
DISTRICT OF HAWAII
2 Files + 1 Reporter Transcript

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:      CV 03-00175-SOM      Appeal No:    04-16180

Short Title:     Sherman vs. Maui, County of

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy 5/3/2004 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment: _____    Date: _____

cc: all counsel